The People of the State of New York ex rel. Josiah J. White v. Hon. Frederick E. Crane, a Justice of the Supreme Court. Motion denied. Present — Woodward, Jenks, Thomas, Rich and Carr, JJ.

The People of the State of New York ex rel. Josiah J. White v. Hon. Samuel T. Maddox, a Justice of the Supreme Court.— Motion denied. Present — Woodward, Jenks, Thomas, Rich and Carr, JJ.

Robert K. Richards, Individually and as Executor, etc., and Sarah E. Richards, Individually and as Executrix, etc., of Mary W. Richards, Deceased, Appellants, v. Citizens' Water Supply Company of Newtown and Another, Respondents.— Motion for reargument denied, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ.

The Rockaway Park Improvement Company, Limited, Appellant, v. The City of New York, Respondent.— Motion to resettle order denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ.

Benjamin Robinson, Respondent, v. Samuel Jaffe, Defendant, and Tille Jaffe, Appellant.— Motion for restitution of money granted, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ.

Louis W. Severy, Respondent, v. Herman H. Sanders, Appellant.— Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ.

Thrall Hospital, Respondent, v. Cecelia T. Caren, Appellant.— Motion for reargument denied, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ.

William M. Young, Appellant, v. James O'Connor and Jessie O'Connor, Respondents.— Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ.

Amalia Addonisio, Respondent, v. Morris Simon, Appellant.— Judgment and order of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Burr and Rich, JJ., concurred.

John H. Armstrong, Appellant, v. Boughton C. Northrup and Peter J. Walsh, Defendants, and Remigius Dose, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Burr and Rich, JJ., concurred.

Dietrick Becker, Respondent, v. Town of Greenburgh, Appellant.— Judgment and order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Burr, Thomas and Carr, JJ.

Margaretha Behrens, Respondent, v. Sarah S. S. Sturges and Others, Appellants.— Order affirmed on reargument, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Thomas, Rich and Carr, JJ., concurred.*

---

* See 138 App. Div. 537; 139 id. 915.— [REP.